### HERMANN PRESSER

*v.*

### THE PEOPLE OF THE STATE OF ILLINOIS.

*Mt. Vernon, May Term, 1881.*

PRACTICE IN THE SUPREME COURT—*failure to file briefs in proper time.* In criminal cases, the Supreme Court will not affirm the judgment of the court below merely because the plaintiff in error may have failed to file his briefs within the time prescribed by the rule on that subject.

WRIT OF ERROR to the Criminal Court of Cook county.

Presser was indicted in the Criminal Court of Cook county, on the charge that he "did unlawfully belong to and parade with an unauthorized body of men with arms, who had associated themselves together as a military company and organization without having any license from the Governor of the State of Illinois, and not then and there being a part of nor belonging to the regular organized volunteer militia of this State or the troops of the United States." Upon a trial in the court below, there was a judgment of conviction and a fine of ten dollars imposed upon the defendant. Thereupon he sued out this writ of error. Briefs for the plaintiff in error were not filed within the time prescribed by rule 35 of this court.

Mr. JAMES McCARTNEY, Attorney General, for the People, entered a motion to affirm the judgment of the court below, for non-compliance with the rule in respect to the time for filing briefs.

SCOTT, J.: It has not been the practice in this court to apply the rule as strictly in criminal cases as we do in civil cases. In this case it appears, that since the entering of the motion the brief for the plaintiff in error has been filed, and the case will be taken for consideration when it is reached upon the call of the docket.

. The motion to affirm the judgment because of the failure of the plaintiff in error to file his brief within the time prescribed by the rule, will be denied.

Motion denied.